**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7039**

LLOYD ROBERTS,

        Plaintiff - Appellant,

    v.

RICHARD OLLEN BROADWELL, III; MARRY GOODMAN,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (5:12-ct-03207-F)

Submitted: October 15, 2015      Decided: October 20, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lloyd Roberts, Appellant Pro Se. Nathan Douglas Childs, Elizabeth Pharr McCullough, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina; Donna Elizabeth Tanner, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lloyd Roberts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roberts v. Broadwell, No. 5:12-ct-03207-F (E.D.N.C. June 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED